# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | | Office of the Clerk |
| Room 2722 - 219 S. Dearborn Street | | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | | www.ca7.uscourts.gov |

January 21, 2009

| | |
|---|---|
| No.: 08-4296 | EXELON GENERATION COMPANY, LLC,<br>Plaintiff - Appellant<br><br>v.<br><br>LOCAL 15, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO,<br>Defendant - Appellee |

| Originating Case Information: |
|---|
| District Court No: 1:06-cv-06961<br>Northern District of Illinois, Eastern Division<br>Court Reporter Pamela Warren<br>Clerk/Agency Rep Michael Dobbins<br>District Judge Joan Lefkow |

Upon consideration of the **MOTION TO DISMISS**, filed on January 20, 2009, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate** (form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:
_____ Deputy
Clerk of the United States
Court of Appeals for the
Seventh Circuit.